# IN THE SUPREME COURT OF THE STATE OF NEVADA

EDGARDO VALDIVIESO,
                        Appellant,
                vs.
IRMA VALDIVIESO,
                        Respondent.

No. 77068

**FILED**

APR 26 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from district court orders granting a motion for attorney fees and costs and denying a motion for reconsideration. Eighth Judicial District Court, Family Court Division, Clark County; Rebecca Burton, Judge.

On September 28, 2018, the clerk of this court issued a notice directing appellant to file either (1) a brief in compliance with NRAP 28(a) and 32 or (2) an informal brief for pro se parties by January 28, 2019.[1] The notice cautioned that failure to timely file a brief or informal brief by the deadline could result in the dismissal of this appeal. Appellant failed to file a brief or otherwise communicate with this court. Accordingly, on March 4, 2019, this court entered an order directing appellant to file and serve either an opening brief or an informal brief for pro se parties by March 25, 2019.[2] The order cautioned that failure to comply could result in the dismissal of this appeal as abandoned. To date, appellant has failed to file a brief or an

---

[1]A copy of this notice is attached.

[2]A copy of this order is attached.

informal brief or otherwise communicate with this court. It thus appears that appellant has abandoned this appeal, and this court

ORDERS this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

cc: Hon. Rebecca Burton, District Judge, Family Court Division
Edgardo Valdivieso
Irma Valdivieso
Eighth District Court Clerk

# IN THE SUPREME COURT OF THE STATE OF NEVADA
## OFFICE OF THE CLERK

EDGARDO VALDIVIESO,
Appellant,
vs.
IRMA VALDIVIESO,
Respondent.

**Supreme Court No. 77068**
District Court Case No. D395152

## INSTRUCTIONS/NOTICE REGARDING DEADLINES

TO: Edgardo Valdivieso
    Irma Valdivieso

### PLEASE CAREFULLY REVIEW THE INFORMATION BELOW REGARDING REQUIREMENTS FOR THIS APPEAL.

## Definitions/Terms

"NRAP" stands for Nevada Rules of Appellate Procedure, which govern procedure in the Nevada Supreme Court and Nevada Court of Appeals.

"Pro se" refers to a party acting on his or her own behalf without the assistance of an attorney.

"In forma pauperis" refers to a party who has been determined by a court to be indigent and not required to pay filing fees. Only a court can grant a party in forma pauperis status. Please see NRAP 24 for more information.

Copies of all documents sent to the court for filing must also be served on all other parties in the appeal. Such service should be made at the same time the document is sent for filing, and may be accomplished by mailing a copy of the document to the other party (if the other party has an attorney, the document should be mailed to the attorney). Please see NRAP 25(b) and NRAP 25(c). The rules do not require that copies served on other parties be file-stamped by the court.

## Required Documents/Deadlines

### 1. Transcript Request Form

Within 15 days, appellant(s) must file in this court either (1) a transcript request form requesting transcripts of all district court proceedings that are necessary for the court's review on appeal; or (2) a certificate that no transcripts are being requested. See NRAP 9. The enclosed blank transcript request form may be used.

APPELLANTS WHO HAVE NOT BEEN GRANTED IN FORMA PAUPERIS STATUS must serve a copy of the transcript request form on the court reporter/recorder who

18-38167

reported the proceedings and on all other parties to the appeal and must also pay an appropriate deposit to the court reporter/recorder at the time of service. NRAP 9(b)(1)(B). Upon receiving a transcript, the party who requested it must file a copy of the transcript in this court. NRAP 9(b)(1)(B).

APPELLANTS WHO ARE IN FORMA PAUPERIS should not serve a transcript request form on the court reporter/recorder, but should still file the request in this court; the court will review the request and enter an appropriate order.

## 2. Docketing Statement

Within 20 days, all appellant(s) must file in this court a docketing statement that complies with NRAP 14. The enclosed blank docketing statement may be used.

FOR APPELLANTS WHO ARE IN FORMA PAUPERIS, the requirement that supporting documents be attached to the docketing statement may be waived.

## 3. Brief or Informal Brief Form

Within 120 days, appellant(s) must file in this court either (1) a brief that complies with the requirements in NRAP 28(a) and NRAP 32; or (2) the "Informal Brief Form for Pro Se Parties" provided by the supreme court clerk. NRAP 31(a)(1). Failure to file a brief or informal brief form by the deadline may result in dismissal of the appeal. NRAP 31(d)(1).

## Appendices/record

Pro se parties are not permitted to file an appendix to their briefs unless ordered to do so by this court. NRAP 30(i). If the court's review of the complete trial court record is necessary, the court will direct the district court to transmit the record. Pro se parties are not required to cite the record in their briefs, but are encouraged to do so if possible. See NRAP 28(e)(3).

## Responses to Pro Se Documents

Opposing parties are not required to respond to documents, including briefs, filed by a pro se party unless ordered to do so by this court. The court generally will not grant relief without providing an opportunity to file a response. See NRAP 46(c).

DATE: September 28, 2018

Elizabeth A. Brown, Clerk of Court

By: Linda Hamilton
    Deputy Clerk

Notification List

Paper
Edgardo Valdivieso
Irma Valdivieso

18-38167

# IN THE SUPREME COURT OF THE STATE OF NEVADA

EDGARDO VALDIVIESO,
                          Appellant,
                vs.
IRMA VALDIVIESO,
                          Respondent.

No. 77068

FILED

MAR 04 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## ORDER TO FILE BRIEF

On September 28, 2018, the clerk of this court issued a notice directing appellant to file and serve, by January 28, 2019, either an opening brief or an informal brief for pro se parties. To date, appellant has failed to file a brief or otherwise communicate with this court.

Appellant shall have 21 days from the date of this order to file and serve either an opening brief in compliance with NRAP 28(a) and NRAP 32 or an informal brief for pro se parties on the form provided by the clerk of this court. Failure to comply with this order may result in the dismissal of this appeal as abandoned.

It is so ORDERED.

_____, C.J.

cc:    Edgardo Valdivieso
       Irma Valdivieso

19-09635